359 A.2d 180
**COMMONWEALTH of Pennsylvania**
v.
**James Willis MIZELL, Appellant.**

Supreme Court of Pennsylvania.
Submitted March 29, 1976.
Decided July 6, 1976.

Joshua M. Briskin, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appointment of counsel vacated. Case remanded to the Court of Common Pleas, Criminal Trial Division, of Philadelphia, for appointment of new counsel to assist appellant in pursuing his appeal.